IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EUGENE TIMOTHY,

      Appellant,

 v.
                                   Case No.  5D21-3207
                                   LT Case No. 2018-CF-017913-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


SASSO, TRAVER and WOZNIAK, JJ., concur.